## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SAMUEL ALAN SALISBURY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:21-cv-02652-SDG-RDC___ |
| Sheriff VICTOR HILL; ) | |
| ) | |
| Chief Deputy RONALD ) | JURY TRIAL DEMANDED |
| BOEHRER; ) | |
| ) | |
| Jail Administrator TERRANCE ) | |
| GIBSON; ) | |
| ) | |
| Jailer R.S. WINN; ) | |
| ) | |
| All individual and officially ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and files this Notice of Voluntary Dismissal, noticing the Court and all parties that he is dismissing this action *without prejudice*.

## FONT CERTIFICATION

Pursuant to Local Rule for the Northern District of Georgia 7.1(D), the undersigned hereby certifies that this Complaint was prepared using Times New Roman font, 14-point, as approved by this Court.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed this Notice of Voluntary Dismissal Without Prejudice with the Court's CM/ECF system which will automatically serve all parties of record.

This 1st day of November, 2021.

/s/ Christopher M. Upshaw
Georgia Bar No. 557562
***Counsel for Plaintiff***

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
(770) 692-5020 *telephone*
(770) 692-5030 *facsimile*
doc@sanchezhayeslaw.com